RANDY LUSKEY (SBN 240915)
*Email: rluskey@orrick.com*
ALEXANDER M. PORCARO (SBN 281185)
*Email: aporcaro@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415 773 5700
Facsimile: 415 773 5759

Attorneys for Defendant
CAROLINA LIQUID CHEMISTRIES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Delbert D. Salyer,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA LIQUID CHEMISTRIES CORP.,<br><br>Defendant. | Case No. 3:13-cv-05976-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

# JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED UPON by and between all parties through and by their counsel of record:

WHEREAS, Relator Delbert D. Salyer filed his Complaint on September 13, 2013;

WHEREAS, the United States of America declined intervention on October 23, 2018;

WHEREAS, the Court issued an Order to Unseal on October 23, 2018;

WHEREAS, Defendant's counsel executed a Waiver of the Service of Summons on January 30, 2019;

WHEREAS, Defendant intends to file a Motion to Dismiss in response to the Complaint;

WHEREAS, the parties have met and conferred regarding a briefing schedule for Defendant's responsive pleading;

WHEREAS, the parties jointly stipulate to the following briefing schedule:

- Defendant's Motion to Dismiss is due April 22, 2019;
- Relator's Opposition to the Motion to Dismiss is due May 17, 2019;
- Defendant's Reply in Support of the Motion to Dismiss is due June 7, 2019; and
- Defendant's Motion to Dismiss will be noticed on June 20, 2019, at 2:00 p.m. before the Hon. Jon S. Tigar.

**IT IS SO STIPULATED.**

Dated: March 28, 2019

JUSTIN BERGER
Cotchett, Pitre & Mccarthy, LLP

By: _____*/s/ Justin Berger*_____
JUSTIN BERGER

Attorneys for Relator

Dated: March 28, 2019

RANDY LUSKEY
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Randy Luskey*_____
RANDY LUSKEY

Attorneys for Defendant

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(a), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: March 28, 2019

RANDY LUSKEY
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Randy Luskey*_____
RANDY LUSKEY

Attorneys for Defendant

# [~~PROPOSED~~] ORDER

PURSUANT TO THE JOINT STIPULATION, it is hereby ordered that the briefing schedule for Defendant's Motion to Dismiss is as follows:

- Defendant's Motion to Dismiss is due April 22, 2019;
- Relator's Opposition to the Motion to Dismiss is due May 17, 2019;
- Defendant's Reply in Support of the Motion to Dismiss is due June 7, 2019; and
- A hearing is scheduled for Defendant's Motion to Dismiss on ~~June 20, 2019~~, at 2:00 p.m. July 11, 2019,

**IT IS SO ORDERED.** AS MODIFIED.

Date: March 29, 2019

_____
HONORABLE JON S. TIGAR